**Fill in this information to identify your case and this filing:**

Debtor 1  **Jeffrey Michael Speicher**
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: DISTRICT OF COLORADO, DENVER DIVISION

Case number  19-13850-MER

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

1.1

**222 Basin Creek Cir**
Street address, if available, or other description

**Durango**    **CO**    **81301**
City    State    ZIP Code

**La Plata**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**
$650,000.00    $650,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**100%**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

Debtor 1  **Speicher, Jeffrey Michael**                                         Case number *(if known)*  **19-13850-MER**

**If you own or have more than one, list here:**

1.2

| | |
|---|---|
| **1210 E 28th Ave # 6** | |
| Street address, if available, or other description | |

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ■ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other

| **Denver** | **CO** | **80205-4407** |
|---|---|---|
| City | State | ZIP Code |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  $550,000.00
**Current value of the portion you own?**  $550,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Denver**
County

**Other information you wish to add about this item, such as local property identification number:**

**Rental Property**

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>**   $1,200,000.00

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

3.1   Make: **Harley Davidson**
      Model: **Road Glide**
      Year: **2018**
      Approximate mileage: **6000**
      Other information:

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  $31,000.00
**Current value of the portion you own?**  $31,000.00

3.2   Make: **Maserati**
      Model: **Levante**
      Year: **2018**
      Approximate mileage: **10964**
      Other information:

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  $54,000.00
**Current value of the portion you own?**  $54,000.00

Debtor 1  **Speicher, Jeffrey Michael**                                 Case number *(if known)*  **19-13850-MER**

---

**3.3**
Make: **MINI**
Model: **Cooper Clubman**
Year: **2016**
Approximate mileage: **36768**
Other information:

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**      **Current value of the portion you own?**

$16,000.00       $16,000.00

---

**3.4**
Make: **Ford**
Model: **Pickup-Raptor**
Year: **2018**
Approximate mileage: **26000**
Other information:

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

$67,500.00       $67,500.00

---

**3.5**
Make: **Mercedes-Benz**
Model: **Sprinter**
Year: **2015**
Approximate mileage: **55097**
Other information:

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

$30,000.00       $30,000.00

---

**3.6**
Make: **Harley Davidson**
Model: **Sportster**
Year: **2003**
Approximate mileage: **9850**
Other information:
**Daughter's motorcycle**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

$1,000.00       $1,000.00

---

**3.7**
Make: **PIA**
Model: **Scooter**
Year: **2005**
Approximate mileage: **450**
Other information:

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

$400.00       $400.00

---

**3.8**
Make: **BMW**
Model: **Motorcycle**
Year: **2003**
Approximate mileage: **7000**
Other information:

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

$750.00       $750.00

---

Debtor 1  **Speicher, Jeffrey Michael**            Case number *(if known)*  **19-13850-MER**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ☒ Yes

   | 4.1 | Make: **Artic Cat** <br> Model: **Snow Pro** <br> Year: **2010** <br> Other information: **2 snowmobiles** | **Who has an interest in the property?** Check one <br> ☒ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this is community property *(see instructions)* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. <br> **Current value of the entire property?** $1,000.00 <br> **Current value of the portion you own?** $1,000.00 |
   |---|---|---|---|
   | 4.2 | Make: **Starcraft** <br> Model: **Pop Out Toy Hauler** <br> Year: **2003** <br> Other information: | ☒ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this is community property | $1,500.00 / $1,500.00 |
   | 4.3 | Make: **Ski Doo** <br> Model: **Bombardier** <br> Year: **2006** <br> Other information: | ☒ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this is community property | $500.00 / $500.00 |
   | 4.4 | Make: **ALKO** <br> Model: **Trailer** <br> Year: **2017** <br> Other information: | ☒ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this is community property | $500.00 / $500.00 |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>   **$204,150.00**

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**   **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe.....   **Furniture**                                                                                                     **$1,000.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe.....

| Debtor 1 | Speicher, Jeffrey Michael | Case number *(if known)* | 19-13850-MER |

| **Various electronics** | $500.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

   | **Raft, bicycles and camping gear** | $2,750.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

    | **Shot guns; hand guns; hunting rifles (approximately 12 guns)** | $5,000.00 |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | **Clothes, leather coat** | $300.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | **Watches and silver** | $1,700.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................  $11,250.00

| **Part 4:** | **Describe Your Financial Assets** |

**Do you own or have any legal or equitable interest in any of the following?**  **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.................................................................................................

    **Cash on hand**  $15,000.00

Debtor 1  **Speicher, Jeffrey Michael**                                    Case number *(if known)*  **19-13850-MER**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................                           Institution name:

| | 17.1. | **Checking Account** | **Alpine Bank, Youth Checking 9324*** | $86.76 |
|---|---|---|---|---|
| | 17.2. | **Checking Account** | **Alpine Bank, 4136*** | $2,071.79 |
| | 17.3. | **Checking Account** | **Alpine Bank, Camulus Irrevocable Gift Trust, 6297*** | $2,750.26 |
| | 17.4. | **Checking Account** | **TBK Bank, SSB, 3284** | $100,772.48 |

*based on latest statement available

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes..................                Institution or issuer name:

| **Wells Fargo Advisors, #6532 (Mutual Funds)*** | $2,476.14 |
|---|---|
| **Wells Fargo Advisors, #8036 (Stocks)*** | $93,767.54 |
| **Wells Fargo Advisors #8297 (Mutual Funds)*** | $4,750.59 |

*based on latest statement available

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
    Name of entity:                             % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☐ No
    ■ Yes. Give specific information about them
    Issuer name:

| **Cashier's Check in the name of Jeffrey Speicher** | $20,000.00 |
|---|---|
| **Cashier's Check in the name of Jeffrey Speicher** | $30,000.00 |

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **Wells Fargo Advisors*** | $93,421.00 |
| **IRA** | **Wells Fargo Advisors*** | $261,632.74 |
| **401(k) or Similar Plan** | **Wells Fargo Advisors*** | $493,932.00 |
| **Additional Account** | **Wells Fargo.  Deferred Compensation (Vested)*** | $657,000.00 |

| Debtor 1 | Speicher, Jeffrey Michael | Case number *(if known)* | 19-13850-MER |
|---|---|---|---|

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................                                                 Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............       Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☐ No
    ■ Yes............       Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

| | |
|---|---:|
| Wells Fargo Advisors (ESA Mutual Funds #4179)* | $19,560.11 |
| Wells Fargo Advisors (529 Mutual Funds #5706)* | $58,514.82 |
| Wells Fargo Advisors (529 Mutual Funds #5733)* | $36,600.24 |
| Wells Fargo Advisors (ESA Mutual Funds #1069)* | $19,544.84 |

*based on latest statement available

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No
    ■ Yes.  Give specific information about them...

| | |
|---|---:|
| The Jeffrey Speicher Living Trust | $65,000.00 |
| Partial beneficiary of the Thess Ekberg Living Trust | $0.00 |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes. Give specific information..

| | |
|---|---:|
| Unpaid wages for last pay period to May 7, 2019 | $31,000.00 |

Debtor 1 **Speicher, Jeffrey Michael**  Case number *(if known)* **19-13850-MER**

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Wells Fargo Basic Life ($400,000)** | **Estate** | $0.00 |
| **Wells Fargo Accidental Death ($600,000)** | **Estate** | $0.00 |
| **Wells Fargo Optional Term Life ($3,000,000)** | **Estate** | $0.00 |
| **Prudential Life ($1,000,000)** | **Estate** | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes. Describe each claim.........

| | |
|---|---|
| **Wells Fargo Advisors - Note Claims** | unknown |
| **Malpractice Settlement Recovery Set Off Against Roddess Ekberg, Timothy Ekberg, Sarah and Justin Fierstein** | $300,000.00 |

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................** | **$2,307,881.31** |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.
    ■ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ■ No
    ☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ■ No

| Debtor 1 | **Speicher, Jeffrey Michael** | Case number *(if known)* | 19-13850-MER |
|---|---|---|---|

☐ Yes. Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☐ No
    ■ Yes. Describe.....

    | **Desk, computer** | $1,100.00 |
    |---|---|

41. **Inventory**
    ■ No
    ☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
    ■ No
    ☐ Yes. Give specific information about them...................
       Name of entity:                                        % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    ■ No.
    ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

       ■ No
       ☐ Yes. Describe.....

44. **Any business-related property you did not already list**
    ■ No
    ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**..................................................................................................... $1,100.00

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

    | **Burial lot and maintenance, Greenmount Cemetery of the City of Durango, Colorado** | $800.00 |
    |---|---|

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................... $800.00

Debtor 1   **Speicher, Jeffrey Michael**　　　　　　　　　　　　　Case number *(if known)*   **19-13850-MER**

| Part 8: | List the Totals of Each Part of this Form |

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................................................................... | | | $1,200,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $204,150.00 | | |
| 57. | **Part 3: Total personal and household items, line 15** | $11,250.00 | | |
| 58. | **Part 4: Total financial assets, line 36** | $2,307,881.31 | | |
| 59. | **Part 5: Total business-related property, line 45** | $1,100.00 | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | | |
| 61. | **Part 7: Total other property not listed, line 54** | + $800.00 | | |
| 62. | **Total personal property.** Add lines 56 through 61... | $2,525,181.31 | Copy personal property total | $2,525,181.31 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | $3,725,181.31 |