**Fill in this information to identify your case:**

Debtor 1: Jeffrey Michael Speicher
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: District of Colorado

Case number (If known): 19-13850 MER

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7   12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| **Creditor's name:** PHH Mortgage Corporation<br>**Description of property securing debt:** 222 Basin Creek Cir, Durango, CO 81301 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]: await Trustee's decision regarding disposition | ☐ No<br>☑ Yes |
| **Creditor's name:** PHH Mortgage Corporation<br>**Description of property securing debt:** 1210 E 28th Ave #6, Denver, CO 80205-4407 | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☑ No<br>☐ Yes |
| **Creditor's name:** Alpine Bank<br>**Description of property securing debt:** 222 Basin Creek Cir, Durango, CO 81301 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]: await Trustee's decision regarding disposition | ☐ No<br>☑ Yes |
| **Creditor's name:** Alpine Bank<br>**Description of property securing debt:** 1210 E 28th Ave #6, Denver, CO 80205-4407 | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☑ No<br>☐ Yes |

Debtor 1  Jeffrey   Michael   Speicher    Case number (*If known*) 19-13850 MER
         First Name  Middle Name  Last Name

### Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 106G), fill in the information below. Do not list real estate leases.** *Unexpired leases* **are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: <br> Description of leased property: | ❑ No <br> ❑ Yes |
| Lessor's name: <br> Description of leased property: | ❑ No <br> ❑ Yes |
| Lessor's name: <br> Description of leased property: | ❑ No <br> ❑ Yes |
| Lessor's name: <br> Description of leased property: | ❑ No <br> ❑ Yes |
| Lessor's name: <br> Description of leased property: | ❑ No <br> ❑ Yes |
| Lessor's name: <br> Description of leased property: | ❑ No <br> ❑ Yes |
| Lessor's name: <br> Description of leased property: | ❑ No <br> ❑ Yes |

### Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

✖ s/Jeffrey Michael Speicher            ✖ _____
Signature of Debtor 1                    Signature of Debtor 2

Date 10/09/2019                          Date _____
     MM / DD / YYYY                           MM / DD / YYYY

Debtor 1: Jeffrey Michael Speicher                                      Case number: 19-13850 MER

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's Name: BBVA Compass Bank<br><br>Description of Property Securing Debt: 2016 Mini Cooper Clubman | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>X Retain the property and [explain]: __ Enter into payment arrangements<br>_____ | X No<br>☐ Yes |
| Creditor's Name: Wells Fargo Auto<br><br>Description of  Property Securing Debt: 2018 Ford Pickup Raptor | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>X Retain the property and [explain]: ___ Enter into payment arrangements _ | X No<br>☐ Yes |
| Creditor's Name: JPMorgan Chase Bank NA<br><br>Description of Property Securing Debt: 2015 Mercedes-Benz Sprinter | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>X Retain the property and [explain]: _ Enter into payment arrangements | X No<br>☐ Yes |
| Creditor's Name: Harley Davidson Credit Corp<br><br>Description of Property Securing Debt: 2018 Harley Davidson Road Glide | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>X Retain the property and [explain]: Enter into payment arrangements | X No<br>☐ Yes |
| Creditor's Name: US Bank NA<br><br>Description of Property Securing Debt: 2018 Maserati Levante | X Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____<br>_____ | ☐ No<br>X Yes |